HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent, *v.* FIRST NATIONAL BANK & TRUST COMPANY OF PATERSON, NEW JERSEY, Defendant, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Submitted October 18, 1954; decided October 22, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 634.]